# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 1:24-cr-00330-BAH |
| ) | |
| DAVID MULLSTEFF *et al.*, ) | |
|     Defendants. ) | |

## DAVID MULLSTEFF RESPONSE TO NOTICE OF FILING OF VIDEO PURSUANT TO LOCAL CRIMINAL RULE 49

COMES NOW, Defendant David Mullsteff ("Mr. Mullsteff") by counsel who respectfully notifies this Honorable Court that Mr. Mullsteff has no objection to the Government playing the two videos listed in Exhibit 75 at the Defendant's Sentencing Hearing, which is currently scheduled for Friday, January 24, 2025 at 10:00 A.M.

On January 13, 2025, undersigned counsel communicated with the assigned Assistant United States Attorney, Kyle Mirabelli, about playing video #2 himself at the Sentencing Hearing and there was "no objection" from the Government.

Although these two videos will become public, Undersigned Counsel, believes that it is in all the parties' best interest to have these exhibits remain in current format and not have the videos reformatted and uploaded to CM/ECF.

| | |
|---|---|
| Dated: 01/16/25 | Respectfully submitted, |
| | By: /s/ Robert J. Sander<br>ROBERT J. SANDER<br>D.C. Bar #90013985<br>The Sander Group, PLLC<br>6618 Saint Mark's Court<br>Alexandria, VA 22306<br>Tel: (703) 459-0442 |
| | *Counsel for David Mullsteff* |

**CERTIFICATE OF SERVICE**

I certify that on January 16, 2025, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

Respectfully Submitted,

<u>/s/ Robert J. Sander</u>
Robert J. Sander

*Counsel for David Mullsteff*